# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>DOUGLAS BRUCE HIMMELFARB,<br><br>                         Debtor. | Case No. 13-00229<br>Chapter 11 |

## ORDER TO SHOW CAUSE

Upon the facts and law set forth in the attached motion for order of contempt filed by third parties Christopher Rothko and Marion Kahan, and good cause appearing therefore, it is hereby:

ORDERED that the debtor, Douglas Bruce Himmelfarb, and his counsel, Christopher J. Muzzi, Esq., show cause before this Court on the 21st day of 2014 at _____ or as soon thereafter as counsel may be heard, why an order should not be issued (1) holding them in civil contempt for willfully violating the orders issued by this court on August 7, 2013, December 13, 2013, and January 9, 2014 (Dkt Nos. 97, 172, 181) and (2) imposing the relief requested by Mr. Rothko and Ms. Kahan in the attached motion; and it is further

ORDERED that the debtor's answering papers, if any, shall be served upon counsel for Mr. Rothko and Ms. Kahan, and filed with the Court on or before 5:00 p.m. on _____, 2014; and reply papers, if any, shall be served upon counsel for the debtor, and filed with the Court on or before 5:00 p.m. on _____, 2014.

                                                          Judge Robert J. Faris